## AMERICAN SULPHITE PULP CO. v. HINCKLEY FIBRE CO.

(District Court, N. D. New York. September 4, 1916.)

PATENTS ☞328—INFRINGEMENT—PULP DIGESTER.
    The Russell reissue patent, No. 11,282 (original No. 445,235), for a pulp digester, *held* infringed.

In Equity. Suit by the American Sulphite Pulp Company against the Hinckley Fibre Company. On motion for rehearing and to vacate decree entered. Motion granted, and decree for complainant.
For prior opinion, see 217 Fed. 57.

Benner & Brown, of Boston, Mass., for the motion.
Henry Schreiter, of New York City, opposed.

RAY, District Judge. The reissued letters patent in suit, to George F. Russell, No. 11,282, dated November 15, 1892, long since expired, and there can be no injunction.

In deciding this case (217 Fed. 57), attention was centered on the Panzl patent, and the question whether defendant was using that patented composition, or the Russell composition, and lost sight of the fact that defendant had used the Russell patented composition in certain cases and for certain lengths of time, and hence was an infringer.

The motion is granted, and the decree dismissing the bill vacated, but only one-half costs and disbursements are allowed, as both parties succeed in part.

In the decree for complainant, signed and filed herewith, I have found it necessary to state the facts as to infringing acts, and it is not necessary to repeat them here.